```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

BRANDO JEFFERSON HURT,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:03-0085

THOMAS MCBRIDE, Warden,
Mount Olive Correctional Complex,

    Defendant.

### MEMORANDUM OPINION AND JUDGMENT ORDER

    By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on January 30, 2006, in which he recommended that the district court dismiss plaintiff's § 2254 petition and supplemental petition and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

    The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the thirteen-day period.  Having reviewed the Findings and Recommendation filed by

Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's § 2254 petition and supplemental petition and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a certified copy of this Memorandum Opinion and Judgment Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 2nd day of March, 2006.

ENTER:

*David A. Faber* (signature)

David A. Faber
Chief Judge